# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | Case No. 3:04-CR-73 |
| -vs- | : | Magistrate Judge Sharon L. Ovington |
| STEPHEN L. FORBES, | : | |
| Defendant. | : | |

**ORDER REVOKING PROBATION/ SENTENCING ENTRY**

Defendant appeared before the Court on March 7, 2012 pursuant to a warrant for arrest issued commanding Defendant to show cause why his probation should not be revoked as set forth in the Petition filed February 24, 2005.

Defendant appeared with counsel and after being advised of his constitutional rights, admitted violating the Conditions set forth in the terms of his probation and offered evidence in mitigation. Accordingly, the Court found that Defendant violated the terms and conditions of probation and Defendant's probation is ordered revoked.

Without objection by Defendant the Court proceeded to sentencing after allowing Defendant and his counsel an opportunity to make a statement. Defendant is sentenced to a term of imprisonment of sixty (60) days.

March 7, 2012

                                                          s/Sharon L. Ovington
                                                            Sharon L. Ovington
                                                  United States Magistrate Judge